# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3398
_____

United States of America

*Plaintiff - Appellee*

v.

Tyrone Wallace

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: April 29, 2025
Filed: May 2, 2025
[Unpublished]

_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Tyrone Wallace appeals the district court's[1] decision to return him to civil commitment following a conditional discharge. *See* 18 U.S.C. § 4246(f). His

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the

counsel, who seeks permission to withdraw, suggests the evidence was insufficient for recommitment.

We conclude otherwise. *See United States v. Thomas*, 949 F.3d 1120, 1123 (8th Cir. 2020) (reviewing factual findings in civil-commitment proceedings for clear error). Testimony at the revocation hearing established that less than a year after Wallace's release, he assaulted his sister and went missing. *See United States v. Williams*, 299 F.3d 673, 677 (8th Cir. 2002) (emphasizing the "special deference" we give to "credibility determinations" (citation omitted)). In other words, as the district court found, he had not "compl[ied] with his prescribed regimen of medical, psychiatric, or psychological care or treatment," which "create[d] a substantial risk of bodily injury to another person." *See* 18 U.S.C. § 4246(f); *United States v. Franklin*, 435 F.3d 885, 889 (8th Cir. 2006) (explaining that revocation is justified when "a violation of the conditions of release . . . flows from the person's mental disease and demonstrates that continued release presents a danger to the community"). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

Honorable Willie J. Epps, Jr., Chief United States Magistrate Judge for the Western District of Missouri.